| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100

**FILED**
SEP 13 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Javier Zamora and Leticia Zamora and
Daniel Perez and Elizabeth Perez,

    Plaintiff(s),

        v.

Wachovia Corporation and World Savings
Bank,

    Defendant(s).       /

CASE NO. C 07-4603 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Andrew S. Friedman, an active member in good standing of the bar of District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2007