Clerk's Use Only

Initial for fee pd.:

_____

Type name, address, phone number of applicant here
Andrew S. Friedman
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona  85012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Javier Zamora and Leticia Zamora and
Daniel Perez and Elizabeth Perez,

                    Plaintiff(s),

          v.

Wachovia Corporation and World Savings
Bank,

_____ Defendant(s). _____/

**CASE NO.** C 07-4603 TEH

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Andrew S. Friedman                              , an active member in

good standing of the bar of  District of Arizona                              , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs Zamora and Perez          in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest
    court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
    become familiar with the Local Rules and the Alternative Dispute Resolution
    programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who
    maintains an office within the State of California has been designated as co-
    counsel in the above-entitled action.  The name, address and telephone number of
    that attorney is:
    Mark Chavez - Chavez Gertler - 42 Miller Avenue, Mill Valley, CA. 94941.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2007                    _____