RECEIVED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Javier Zamora and Leticia Zamora and
Daniel Perez and Elizabeth Perez,

                Plaintiff(s),

v.

Wachovia Corporationa and World
Savings Bank,

                Defendant(s).

CASE NO. C 07-4603 TEH

~~(Proposed)~~

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Andrew S. Friedman , an active member in good standing of the bar of District of Arizona whose business address and telephone number (particular court to which applicant is admitted) is

2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 9/18/07

                                    United States ~~Magistrate~~ Judge
                                    DISTRICT