1  **CHAVEZ & GERTLER LLP**
   MARK A. CHAVEZ (Bar No. 90858)
2  JONATHAN E. GERTLER (Bar No. 111531)
   NANCE BECKER (Bar No. 99292)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Telephone: (415) 381-5599
   Facsimile: (415) 381-5572
5  Email: mark@chavezgertler.com

6  **BONNETT, FAIRBOURN, FRIEDMAN &
   BALINT, P.C.**
7  Andrew S. Friedman (pro hac vice)
   Wendy J. Harrison (CA Bar No. 151090)
8  2901 North Central Avenue, Suite 1000
9  Phoenix, Arizona 85012
   Telephone: (602) 274-1100

10

11 **HOUSING AND ECONOMIC RIGHTS
   ADVOCATES**
   Maeve Elise Brown (CA Bar No. 137512)
12 P.O. Box 29435
13 Oakland, CA 94604
   Telephone: (510) 271-8443

   **LERACH, COUGHLIN, STOIA, GELLER,
   RUDMAN & ROBBINS, LLP**
   John Stoia (CA Bar No. 141757)
   Ted Pintar (CA Bar No. 131372)
   655 W. Broadway, Suite 1900
   San Diego, CA 92101
14 Telephone: (619) 231-1058

15 Attorneys for Plaintiffs

16         IN THE UNITED STATES DISTRICT COURT

17         FOR THE NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 19  JAVIER ZAMORA and LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH 20 PEREZ, | ) No. C07-4603 TEH ) ) CLASS ACTION |
| 21             Plaintiffs, | ) ) **PROOF OF SERVICE OF SUMMONS,** |
| 22  v. | ) **COMPLAINT AND OTHER INITIATING** ) **DOCUMENTS ON DEFENDANT** |
| 23  WACHOVIA CORPORATION and WORLD SAVINGS BANK, | ) **WACHOVIA CORPORATION** ) |
| 24             Defendants. | ) ) |
| 25 | ) ) |
| 26 | ) ) |
| 27 | |

28

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MARK .A CHAVEZ, ESQ. (90858)<br>CHAVEZ & GERTLER<br>42 Miller Avenue<br>Mill Valley, California 94941 | (415) 381-5599 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2483533 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
JAVIER ZAMORA

Defendant:
WACHOVIA CORPORATION

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-4603 TEH |
|---|---|---|---|---|

I, Wendy Overton, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : WACHOVIA CORPORATION |
|---|---|
| By Serving | : JOYCE CAMP, Paralegal/Authorized to Accept Service of Process |
| Address | : 301 South College Street, Suite 4000 , Charlotte, NC 28288-0013 |
| Date & Time | : Thursday, September 13, 2007 @ 1:25 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Wendy Overton
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 13, 2007        Signature:_____
                                            Wendy Overton


Printed on recycled paper