1 **CHAVEZ & GERTLER LLP**
  MARK A. CHAVEZ (Bar No. 90858)
2 JONATHAN E. GERTLER (Bar No. 111531)
  NANCE BECKER (Bar No. 99292)
3 42 Miller Avenue
  Mill Valley, California 94941
4 Telephone: (415) 381-5599
  Facsimile: (415) 381-5572
5 Email: mark@chavezgertler.com

6 **BONNETT, FAIRBOURN, FRIEDMAN &**
  **BALINT, P.C.**
7 Andrew S. Friedman (pro hac vice)
  Wendy J. Harrison (CA Bar No. 151090)
8 2901 North Central Avenue, Suite 1000
  Phoenix, Arizona 85012
9 Telephone: (602) 274-1100

10

11 **HOUSING AND ECONOMIC RIGHTS**        **LERACH, COUGHLIN, STOIA, GELLER,**
   **ADVOCATES**                            **RUDMAN & ROBBINS, LLP**
12 Maeve Elise Brown (CA Bar No. 137512)  John Stoia (CA Bar No. 141757)
   P.O. Box 29435                         Ted Pintar (CA Bar No. 131372)
13 Oakland, CA 94604                      655 W. Broadway, Suite 1900
   Telephone: (510) 271-8443             San Diego, CA 92101
14                                        Telephone: (619) 231-1058

15 Attorneys for Plaintiffs

16                **IN THE UNITED STATES DISTRICT COURT**

17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| 19  JAVIER ZAMORA and LETICIA ZAMORA<br>and DANIEL PEREZ and ELIZABETH<br>20  PEREZ,<br><br>21                    Plaintiffs,<br><br>22  v.<br><br>23  WACHOVIA CORPORATION and WORLD<br>SAVINGS BANK,<br>24<br>25                    Defendants.<br>26<br>27 | )  No. C07-4603 TEH<br>)<br>)  <u>CLASS ACTION</u><br>)<br>)<br>)  **PROOF OF SERVICE OF SUMMONS,**<br>)  **COMPLAINT AND OTHER INITIATING**<br>)  **DOCUMENTS ON DEFENDANT WORLD**<br>)  **SAVINGS BANK**<br>)<br>)<br>)<br>)<br>)<br>) |

28

Attorney Or Party Without Attorney (Name and Address):
MARK .A CHAVEZ, ESQ. (90858)
CHAVEZ & GERTLER
42 Miller Avenue
Mill Valley, California  94941

Telephone:
(415) 381-5599

FOR COURT USE ONLY

Attorneys for:   PLAINTIFFS

Ref. No. Or File No.
W2483470

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
JAVIER ZAMORA

Defendant:
WACHOVIA CORPORATION

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 07-4603 TEH |
|---|---|---|---|---|

I,  William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the:  SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE
MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE
JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF
REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant             :  WORLD SAVINGS BANK

By Serving            :  BEVERLY ENJAIAN, Senior Administrative Legal Assistant /Authorized to Accept Service
                         of Process
Address               :  1901 Harrison Street , Oakland, California  94612
Date & Time           :  Monday, September 10, 2007 @ 3:30 p.m.
Witness fees were     :  Not applicable.

Person serving:                          a. Fee for service:
William E. Galdamez                      d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 634
San Francisco, California  94105            (3) County: Contra Costa
Phone: (415) 546-6000                       (4) Expires: 2/24/08

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: September 10, 2007

Signature: _William E. Galdamez_

William E. Galdamez



Printed on recycled paper