1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   THEODORE J. PINTAR (131372)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  johns@csgrr.com
   tedp@csgrr.com
6
   CHAVEZ & GERTLER LLP
7  MARK A. CHAVEZ (90858)
   JONATHAN E. GERTLER (111531)
8  NANCE F. BECKER (99292)
   42 Miller Avenue
9  Mill Valley, CA 94941
   Telephone: 415/381-5599
10 415/381-5572 (fax)
   mark@chavezgertler.com
11 jon@chavezgertler.com
   nance@chavezgertler.com
12
   Attorneys for Plaintiffs
13
   [Additional counsel appear on signature page.]

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  JAVIER ZAMORA and LETICIA ZAMORA ) <br> and DANIEL PEREZ and ELIZABETH ) <br> 18  PEREZ, ) <br>  ) <br> 19           Plaintiffs, ) <br>  ) <br> 20      vs. ) <br>  ) <br> 21  WACHOVIA CORPORATION, et al., ) <br>  ) <br> 22           Defendants. ) <br> _____ ) | No. 3:07-cv-04603-TEH <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF FIRM NAME CHANGE |

23
24
25
26
27
28

1  TO:   THE CLERK OF COURT AND ALL PARTIES

2        PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

3  Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

4        The addresses, telephone and facsimile numbers will remain the same. Please update your

5  records accordingly.

6

7  DATED: October 3, 2007                    COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                             JOHN J. STOIA, JR.
8                                            THEODORE J. PINTAR

9

10
                                                         /s/
11                                           ─────────────────────────────
                                             JOHN J. STOIA, JR.

12                                           655 West Broadway, Suite 1900
                                             San Diego, CA 92101
13                                           Telephone: 619/231-1058
                                             619/231-7423 (fax)
14
                                             CHAVEZ & GERTLER LLP
15                                           MARK A. CHAVEZ
                                             JONATHAN E. GERTLER
16                                           NANCE F. BECKER
                                             42 Miller Avenue
17                                           Mill Valley, CA 94941
                                             Telephone: 415/381-5599
18                                           415/381-5572 (fax)

19                                           BONNETT, FAIRBOURN, FRIEDMAN
                                                & BALINT, P.C.
20                                           ANDREW S. FRIEDMAN
                                             WENDY J. HARRISON
21                                           2901 N. Central Avenue, Suite 1000
                                             Phoenix, AZ 85012
22                                           Telephone: 602/274-1100
                                             602/274-1199 (fax)
23
                                             HOUSING AND ECONOMIC RIGHTS
24                                              ADVOCATES
                                             MAEVE ELISE BROWN
25                                           1305 Franklin Street, Suite 305
                                             Oakland, CA 94612
26                                           Telephone: 510/271-8843

27                                           Attorneys for Plaintiffs

28  S:\Notice Information\Wachovia.doc

NOTICE OF FIRM NAME CHANGE - 3:07-cv-04603-TEH                                          - 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on October 3, 2007, declarant served the NOTICE OF FIRM NAME CHANGE by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2007, at San Diego, California.

/s/
TRACY L. CULLEN

WACHOVIA FHA
Service List – 10/03/07    (07-)
Page 1 of 1

**Counsel for Defendant(s)**

Joyce Camp, Paralegal
Wachovia Corporation
301 South College Street, Suite 4000
Charlotte, NC  28288-0013

Beerly Enjaian
Legal Department
World Savings Bank
1901 Harrison Street
Oakland, CA  94612

**Counsel for Plaintiff(s)**

John J. Stoia, Jr.
Theodore J. Pintar
Coughlin Stoia Geller Rudman
 & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
        619/231-1058
        619/231-7423 (fax)

Andrew S. Friedman
Wendy J. Harrison
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
        602/274-1100
        602/274-1199 (fax)

Mark A. Chavez
Jonathan E. Gertler
Nance F. Becker
Chavez & Gertler, L.L.P.
42 Miller Avenue
Mill Valley, CA  94941
        415/381-5599
        415/381-5572 (fax)

Maeve Elise Brown
Housing and Economic Rights Advocates
1305 Franklin Street, Suite 305
Oakland, CA  94612
        510/271-8843