Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants
Wachovia Corporation and
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | No.: C 07 4603 TEH<br><br>CLASS ACTION<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Compl. Filed:  September 5, 2007<br>Trial Date:  None<br><br>The Honorable Thelton E. Henderson |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

////

////

////

////

1  substantially affected by the outcome of this proceeding: Golden West Financial Corporation, of
2  which World Savings Bank, FSB is a subsidiary.

4  DATED: October 30, 2007.

        REED SMITH LLP

By _____
Jack R. Nelson
Heather B. Hoesterey
Attorneys for Defendants
Wachovia Corporation and
World Savings Bank, FSB

DOCSSFO-12497094.1