Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants
Wachovia Corporation and
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER ZAMORA and LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | No.: C 07 4603 TEH<br><br>CLASS ACTION<br><br>**DECLARATION OF C. VANCE BECK IN SUPPORT OF DEFENDANT WACHOVIA CORPORATION'S MOTION TO DISMISS**<br><br>Date:   December 10, 2007<br>Time:   10:00 a.m.<br>Ctrm:   12<br><br>The Honorable Thelton E. Henderson |

I, C. Vance Beck, declare:

1.      I am Senior Vice President of defendant Wachovia Corporation. I have personal knowledge of the matters set forth herein and if called as a witness, I would and could testify truthfully to them. I make this declaration in support of Wachovia Corporation's Motion to Dismiss.

2. Wachovia Corporation is a financial holding company organized under the Bank Holding Company Act of 1956, with its principal place of business in Charlotte, North Carolina.

3. Golden West Financial Corporation is a subsidiary of Wachovia Corporation. World Savings Bank is a subsidiary of Golden West Financial Corporation.

4. Wachovia Corporation is not a mortgage lender. It does not solicit, originate, fund or set rates on mortgage loans.

5. Wachovia Corporation had no involvement in plaintiffs' loan transaction

6. Wachovia Corporation and World Savings Bank are, and have always been, distinct and separate corporate entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 30th day of October, 2007, at Charlotte, North Carolina.

_____
C. VANCE BECK