Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants
Wachovia Corporation and
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER ZAMORA and LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | No.: C 07 4603 TEH<br><br>CLASS ACTION<br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF WACHOVIA CORPORATION'S MOTION TO DISMISS**<br><br>Date:   December 10, 2007<br>Time:  10:00 a.m.<br>Ctrm:   12<br><br>The Honorable Thelton E. Henderson |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Wachovia Corporation respectfully requests that judicial notice be taken of the following facts and documents:

1. Wachovia Corporation is a financial holding company organized under the Bank Holding Company Act of 1956. The Federal Deposit Insurance Corporation ("FDIC") maintains an official web site on the internet address http://www2.fdic.gov/idasp/ on which it publishes an Institution Directory Database which includes a "Bank Holding Company List." Attached hereto as

1   Exhibit A is a true and correct copy of an October 30, 2007 print out from the FDIC website
2   showing the "Bank Holding Company Detail" for Wachovia Corporation. This information is a fact
3   that is not reasonably subject to dispute and capable of immediate and accurate determination by
4   resort to a source of reasonably indisputable accuracy, within the meaning of Federal Rule of Civil
5   Procedure Rule 201.

7       2.    World Savings Bank, FSB is a federally chartered association. The Office of Thrift
8   Supervision ("OTS") of the United States Department of the Treasury maintains an official web site
9   on the internet address http://www.ots.treas.gov/ on which it publishes an Institution Directory
10  Database of all financial institutions which are regulated by the Office of Thrift Supervision.
11  Attached hereto as Exhibit B is a true and correct copy of a page from the Institution Directory
12  Database, printed on October 30, 2007 which lists World Savings Bank, F.S.B. as a federal savings
13  bank regulated by the Office of Thrift Supervision. Attached hereto as Exhibit C is a true and
14  correct copy of a Certificate of Corporate Existence for World Savings Bank, FSB issued by the
15  OTS. This information is a fact that is not reasonably subject to dispute and capable of immediate
16  and accurate determination by resort to a source of reasonably indisputable accuracy, within the
17  meaning of Federal Rule of Civil Procedure Rule 201.

19      3.    The internet web-site of Wachovia. Plaintiffs make reference to Wachovia's web-site
20  in their complaint, without attaching the referenced pages, and, accordingly, this Court may consider
21  the site. *See Van Buskirk v. CNN*, 284 F.3d 977, 980 (9th Cir. 2002) (court may consider documents
22  incorporated by reference in ruling on 12(b)(6) motion.) Attached hereto as Exhibit D are true and
23  correct copies of print-outs, printed on October 30, 2007, from the web-site at the intranet addresses
24  http://www.wachovia.com/inside/page/0,,132_152,00.html,
25  http://www.wachovia.com/inside/page/0,,133_205_10949_10950,00.html and
26  http://www.wachovia.com/inside/page/0,,131_10466_12314,00.html. This information is a fact that
27  is not reasonably subject to dispute and capable of immediate and accurate determination by resort to

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1 | a source of reasonably indisputable accuracy, within the meaning of Federal Rule of Civil Procedure
2 | Rule 201.

3
4     DATED: October 30, 2007.

5                             REED SMITH LLP

6                             By _____
7                                 Jack R. Nelson
                                Heather B. Hoesterey
8                                 Attorneys for Defendants
                                Wachovia Corporation and
9                                 World Savings Bank, FSB

10
11 DOCSSFO-12497092.1

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT A

# Bank Holding Company List

1 record was found matching your selection criteria
Multibank and One Bank HCs, Anywhere in U.S. and Name contains Wachovia Corporation
Sorted by Total Assets($000)
Demographic information reflects the list of Institutions as of August 27, 2007.
Financial information as of 6/30/2007.

Showing Record 1 - 1 of 1 Institutions found.                    [<< Previous]  Page 1 of 1  [Next >>]

| BHC ID | Bank Holding Company Name | City | State | Associated Institutions | Combined Bank/Thrift Subsidiary Domestic Deposits ($000) * | Combined Bank/Thrift Subsidiary Assets ($000)* |
|---|---|---|---|---|---|---|
| 1073551 | WACHOVIA CORPORATION | Charlotte | NC | 5 | 392,738,009 | 672,317,237 |

Showing Record 1 - 1 of 1 Institutions found.                    [<< Previous]  Page 1 of 1  [Next >>]

\* Financial data for bank holding companies represent combined amounts for all FDIC-insured bank and thrift subsidiaries, and do **not** reflect nondeposit subsidiaries or parent companies. Account balances have **not** been adjusted for intra-company transactions. Additional holding company information can be found at the website for the Federal Reserve System--National Information Center (NIC).

Questions, Suggestions & Requests

**Home**  **Contact Us**  **Search**  **Help**  **SiteMap**  **Forms**
Freedom of Information Act (FOIA) Service Center   Website Policies   USA.gov

# EXHIBIT B

**Office of Thrift Supervision**
Department of the Treasury

| News & Events | About OTS | DATA & RESEARCH | Supervision | TFR | Applications | Consumer & Community |

Home > Data & Research > Corporate Directories > Institution Directory Database

# World Savings Bank, FSB DETAILS

**Effective March 31, 2006 all savings associations are insured by the Deposit Insurance Fund (DIF). Charter type descriptions reflect the prior insurance fund.**

| Docket | Region | Name/Location Telephone | Mailing Address |
|---|---|---|---|
| 12642 | West | World Savings Bank, FSB<br>1970 Broadway<br>Oakland, CA 94612-0000<br>510-446-6000 | 1901 Harrison St<br>Oakland, CA 94612-3574 |

| Charter Type Assets ($000) | Cycle | Officer/Title | Fax |
|---|---|---|---|
| BIF-Ins Fed Stk SB<br>$ 126,764,379 | 200706 | Benjamin P. Jenkins<br>COB, CEO, President | 510-446-4530 |

[<< Back]  [New Search]  [Help]

[Enter Keywords] [Search OTS Web Site]

[privacy policy]   [search]   [help]   [home]

http://www.ots.treas.gov/instsql/inst-detail.cfm?id=12642&catNumber=70    10/30/2007

# EXHIBIT C



**Office of Thrift Supervision**
Department of the Treasury

1700 G Street, N.W., Washington, D.C. 20552 • (202) 906-6000

**April 21, 2006**

## CERTIFICATE OF CORPORATE EXISTENCE

**REFERENCE:** World Savings Bank, FSB
Oakland, California

I, Nadine Y. Washington, Corporate Secretary, Office of Thrift Supervision, hereby certify, according to the records of the Office of Thrift Supervision, Department of the Treasury, Washington, DC:

1. World Savings Bank, FSB, Oakland, California, was chartered under the laws of the United States to transact the business of a Federal savings bank;

2. The charter of World Savings Bank, FSB, Oakland, California, is in full force and effect;

3. The Office of Thrift Supervision has not appointed a conservator or receiver for World Savings Bank, FSB, Oakland, California; and

4. As of April 21, 2006, World Savings Bank, FSB, Oakland, California, is operating as a BIF-insured financial institution.

Nadine Y. Washington
**Corporate Secretary**

# EXHIBIT D



Home | Customer Service | Contact Us | Locations

Search Tips | Buscar en el sitio en español

**Personal Finance** | **Wealth Management** | **Small Business** | **Corporate & Institutional**

Home > About Wachovia > Company Information > Company Locations

Company Information
- Company Facts
- Company History
- Company Locations
- Officers & Directors
- Commitment to Diversity
- Environmental Stewardship

News Room
Doing Business with Wachovia
Community Involvement
Careers
Investor Relations
Merger Information
Customer Service

## COMPANY LOCATIONS

We offer a full array of financial services to our customers through Wachovia offices in 21 states and Washington, DC. With the acquisition of Golden West Financial, parent of World Savings Bank, Wachovia strengthens its position in California, Texas, Florida, New Jersey and New York, and enters attractive metropolitan areas in five additional states: Arizona, Colorado, Illinois, Kansas, and Nevada.

- Alabama
- Arizona
- California
- Colorado
- Connecticut
- Delaware
- Florida
- Georgia
- Illinois
- Kansas
- Maryland
- Mississippi
- Nevada
- New Jersey
- New York
- North Carolina
- Pennsylvania
- South Carolina
- Tennessee
- Texas
- Virginia

In addition, we are pleased to serve customers' brokerage and asset management needs through Wachovia Securities, LLC offices nationwide. We also serve corporate and investment banking clients in selected corporate and institutional sectors globally. Other nationwide businesses include mortgage lending in 50 states and auto finance covering 46 states. Globally, Wachovia serves international clients through more than 40 offices.

**Related Links**
Officers and Directors

**About Wachovia**
**Customer Service**
About Wachovia Contacts
About Wachovia FAQs
Site Map
Search



Legend: Financial Center Locations, Auto Finance Locations, Retail Brokerage Locations, Wealth Management Locations, Mortgage Locations



Email This Page     Printer Friendly Version

Text Only
About Wachovia | Privacy | Security | Legal | Merger
© 2007 Wachovia Corporation. All rights reserved.



Company Information
News Room
Doing Business with Wachovia
Community Involvement
Careers
Investor Relations
  Financial News & Events
    Latest Quarterly Earnings
    Presentations
    Investor Calendar
    Investor Facts
    Email Alerts
    Merger Kits
    Merger & Investment History
      1999 – Present
      1988 – 1998
      1958 – 1987
    Historical Financial Press Releases
    2007 Financial News and Events
    2006 Financial News and Events
    2005 Financial News and Events
    2004 Financial News and Events
    2003 Financial News and Events
  Shareholder Services
  Stock & Dividends
  Corporate Governance
  Financial Reports
  Contact Investor Relations
Merger Information
Customer Service

# 1999 – PRESENT MERGER AND INVESTMENT HISTORY

Trace the company's growth from 1999 to the present day.

| Closed | Acquiree or Investment/Headquarters | Transaction Type/Payment | Exchange Ratio/Price Per Share |
|---|---|---|---|
| 10/01/2007 | A.G. Edwards, Inc. St. Louis, Missouri | Purchase/Cash and Stock | 0.9844/$35.80 |
| 01/31/2007 | European Credit Management London, England | Purchase/Private | Private |
| 10/01/2006 | Golden West Financial Corporation, parent of World Savings Bank Oakland, CA | Purchase/77% Stock; 23% Cash | 1.05105/ $18.6461 |
| 06/01/2006 | Defined contribution record-keeping business of Ameriprise Financial, Inc. Minneapolis, MN | Purchase/Private | Private |
| 06/01/2006 | Metropolitan West Capital Management, LLC Newport Beach, CA | Purchase/Private | Private |
| 05/15/2006 | American Property Financing, Inc. (APF) New York, NY | Purchase/Private | Private |
| 03/01/2006 | Westcorp and WFS Financial, Inc. Irvine, CA | Purchase/Stock | Westcorp 1.2749/WFS Financial 1.4661 |
| 12/12/2005 | AmNet Mortgage, Inc. San Diego, CA | Purchase/Cash | $10.30 |
| 11/14/2005 | Minority ownership stake in Golden Capital Management, LLC. Charlotte, NC | Purchase/Private | Private |
| 10/06/2005 | International banking business of UnionBanCal Corporation San Francisco, CA | Purchase/Cash | Private |
| 05/06/2005 | Palmer & Cay, Inc. (insurance brokerage) Savannah, GA | Purchase/Private | Private |
| 11/01/2004 | SouthTrust Corporation Birmingham, AL | Purchase/Stock | 0.89 |
| 11/01/2004 | Tanager Financial Services, Inc. Waltham, Mass. | Purchase/Private | Private |
| 01/01/2004 | Metropolitan West Securities, LLC Los Angeles, CA, and Short Hills, NJ | Purchase/Private | Private |
| 12/31/2003 | The Bank of New York's Employee Investment Plans Division's daily record-keeping and trustees services business New York, NY | Purchase/Private | Private |
| 12/22/2003 | Correspondent banking payment processing | Purchase/Private | Private |

| | | | |
|---|---|---|---|
| | unit of Harris Bank International Corporation<br>New York, NY | | |
| 12/17/2003 | Lend Lease Mortgage Capital<br>Dallas, TX | Purchase/Private | Private |
| 11/26/2003 | AMI Capital Inc., commercial real estate lender<br>Bethesda, MD | Purchase/Private | Private |
| 07/01/2003 | Wachovia Corp.-Prudential Financial, Inc., retail brokerage combination<br>Newark, NJ | Purchase/ -- | -- |
| 06/30/2003 | Retirement services business of PFPC, Inc.<br>Wilmington, DE | Purchase/Private | Private |
| 11/01/2002 | J.L. Kaplan Associates, LLC<br>Boston, MA | Purchase/Cash | Private |
| 10/01/2002 | Certain assets of E-Risk Services, LLC<br>Flanders, NJ | Purchase/Cash | Private |
| 08/30/2002 | Cameron M. Harris & Company<br>Charlotte, NC | Purchase/Stock | Private |
| 12/31/2001 | Info-One<br>Campbell, CA | Purchase/Cash | Private |
| 11/07/2001 | Assets of Crawford, Slevin & Hicks<br>Sparks, MD | Purchase/Cash | Private |
| 11/01/2001 | Rhodes Agency<br>Hawthorne, NJ | Purchase/Stock | Private |
| 11/01/2001 | Olympic Insurance Associates<br>Iselin, NJ | Purchase/Cash | Private |
| 09/01/2001 | Wachovia Corporation<br>Winston-Salem, NC | Purchase/Stock | 2.00 +$0.48 cash or 2 DEPs |
| 05/31/2001 | Benefit Resources Inc.<br>Mt. Laurel, NJ | Purchase/Cash | Private |
| 05/15/2001 | Dilks Cos. Inc.<br>Moorestown, NJ | Purchase/Cash | Private |
| 01/01/2001 | JWGenesis Financial Corp.<br>Boca Raton, FL | Purchase/Cash | $12.00 |
| 08/31/2000 | The Tribus Companies, Inc.<br>Wayne, NJ | Purchase/Stock | Private |
| 08/04/2000 | First Albany Companies<br>Albany, NY | Purchase/Cash | Private |
| 07/25/2000 | Pivot.com<br>Columbus, Ohio | Purchase/Cash | $4 million |
| 06/01/2000 | Forum Capital Markets, LLC<br>Old Greenwich, CT | Purchase/Cash | Private |
| 10/01/1999 | EVEREN Capital Corporation<br>Chicago, IL | Purchase/Stock | 0.8286 |
| 06/04/1999 | Tattersall Advisory Group<br>Richmond, VA | Purchase/Cash | Private |

Email This Page    Printer Friendly Version

Text Only
About Wachovia | Privacy | Security | Legal | Merger
© 2007 Wachovia Corporation. All rights reserved.

http://www.wachovia.com/inside/page/0,,133_205_10949_10950,00.html    10/30/2007

Case 3:07-cv-04603-JSW    Document 15    Filed 10/30/2007    Page 15 of 16

Home | Customer Service | Contact Us | Locations



Search Tips | Buscar en el sitio en español

■ Personal Finance   ■ Wealth Management   ■ Small Business   ■ Corporate & Institutional

Home > About Wachovia > Merger Information > Golden West > Deposit Conversion Information

- Company Information
- News Room
- Doing Business with Wachovia
- Community Involvement
- Careers
- Investor Relations
- Merger Information
  - Golden West
    - Press Releases
    - Presentations
    - Deposit Conversion Information
  - World Savings FAQs
  - Westcorp
  - SouthTrust
  - Prudential Securities
  - First Union and Wachovia
- Customer Service

## DEPOSIT CONVERSION INFORMATION

As part of our merger process, we will be converting our financial centers to serve you under the Wachovia name and brand. Once this process is complete, you will have full access to your accounts at over 3,400 financial centers and 5,100 ATMs nationwide.

Guide for California Customers

Guide for Texas Customers

Guide for Customers in Arizona, Colorado, Illinois, Kansas and Nevada

Guide for Customers with CDs and /or IRAs Only

✉ Email This Page    🖨 Printer Friendly Version

..........................................................................

📄 Documents marked with this icon require Adobe Acrobat Reader. If you don't already have this software installed, you can download it for free from Adobe's Web site. Get Acrobat Reader now†.

† Links to third-party sites are provided for your convenience. Such sites are not within our control and may not follow the same privacy, security, or accessibility standards as ours. Wachovia neither endorses nor guarantees offerings of the third party providers, nor is Wachovia responsible for the security, content or availability of third-party sites, their partners, or advertisers.

**About Wachovia**
**Customer Service**
About Wachovia Contacts
About Wachovia FAQs
Site Map
Search

Text Only
About Wachovia | Privacy | Security | Legal | Merger
© 2007 Wachovia Corporation. All rights reserved.