Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants
Wachovia Corporation and
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER ZAMORA and LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | No.: C 07 4603 TEH<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WACHOVIA CORPORATION'S MOTION TO DISMISS**<br><br>Date:    December 10, 2007<br>Time:    10:00 a.m.<br>Ctrm:    12<br><br>The Honorable Thelton E. Henderson |

The Motion of Defendant Wachovia Corporation to dismiss plaintiffs' First Amended Class Action Complaint came on regularly for hearing on December 10, 2007, at 10:00 a.m., in courtroom 12 of the above-entitled Court, the Honorable Thelton E. Henderson, United States District Court Senior Judge, presiding. Having reviewed the papers submitted in support of, and any papers submitted in opposition to said motion, having heard any oral arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

The Motion of defendant Wachovia Corporation to dismiss plaintiffs' First Amended Class Action Complaint is GRANTED, without leave to amend, and this action is dismissed as to defendant Wachovia Corporation.

IT IS SO ORDERED:

Dated: _____

_____
The Honorable Thelton E. Henderson
UNITED STATES DISTRICT COURT JUDGE