BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | Case No.: C 07-4603 TEH<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WACHOVIA CORPORATION ONLY**<br><br>DATE:<br>Ctrm: |

All parties to this action, through their undersigned counsel, hereby stipulate and agree that Defendant Wachovia Corporation be dismissed without prejudice, with all parties bearing their respective costs and attorney's fees.

It is further stipulated that neither party waives its rights or objections with respect to future discovery in this case.

Dated: November 16, 2007

        BONNETT, FAIRBOURN, FRIEDMAN
         & BALINT, P.C.


By  /s Wendy J. Harrison
   Wendy J. Harrison
   2901 North Central Avenue, Suite 1000
   Phoenix, Arizona  85012-3311
   Telephone:  602-274-1100
   Facsimile:  602-274-1199

   CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (SBN 90858)
   Jonathan Gertler (SBN 111531)
   Nance F. Becker (SBN 99292)
   42 Mill Avenue
   Mill Valley, California 94941
   (415) 381-5599

    Attorneys for Plaintiffs

REED SMITH LLP

By /s Jack R. Nelson
   Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
   Heather B. Hoesterey (SBN 201254)
   Email:  hhoesterey@reedsmith.com
   Two Embarcadero Center
   San Francisco, CA 94111-3922
   Telephone:  (415) 543-8700
   Facsimile:  (415) 391-8269

   Mailing Address:
   P. O. Box 7936
   San Francisco, CA 94120-7936
   Attorneys for Defendants