Dated: November 16, 2007

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By _____
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

REED SMITH LLP

By _____
Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Two Embarcadero Center
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Mailing Address:
P. O. Box 7936
San Francisco, CA 94120-7936
Attorneys for Defendants