BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | Case No.: C 07-4603 TEH<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL AS TO DEFENDANT WACHOVIA CORPORATION ONLY**<br><br>DATE: .<br>CTRM: |

Pursuant to Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Wachovia Corporation is dismissed without prejudice, with all parties bearing their respective costs and attorney's fees.

1   IT IS FURTHER ORDERED that neither party waives its rights or objections with
2   respect to future discovery in this case.
3   Dated: __11/16/07__



           _____
            The Honorable Thelton E. Henderson
            United States District Court Judge