1   BONNETT, FAIRBOURN, FRIEDMAN
2   & BALINT, P.C.
    Andrew S. Friedman
3   Wendy J. Harrison (SBN 151090)
    2901 North Central Ave., Suite 1000
4   Phoenix, AZ  85012
5   (602) 274-1100

6   CHAVEZ & GERTLER, L.L.P.
7   Mark A. Chavez (SBN 90858)
    Jonathan Gertler (SBN 111531)
8   Nance F. Becker (SBN 99292)
    42 Mill Avenue
9   Mill Valley, California 94941
10  (415) 381-5599

11  Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO/OAKLAND DIVISION

14  JAVIER AND LETICIA ZAMORA and          Case No.: C 07-4603 TEH
15  DANIEL PEREZ and ELIZABETH
    PEREZ,                                 **STIPULATION RE**
16                                         **SELECTING ADR PROCESS**
               Plaintiff,
17  vs.

18  WACHOVIA CORPORATION and
    WORLD SAVINGS BANK,
19
               Defendants.
20

21

22          Counsel report that they have met and conferred regarding ADR and have reached

23  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

24          The parties agree to confer during the next 30 days to determine whether a private

25  ADR process will facilitate an early resolution of this case.

26          The parties further agree to notify the Court within 30 days whether they agree to

27  participate in a private ADR process.  In the event the parties agree to a private ADR

28

1   process, they will select a mutually acceptable mediator and schedule the initial ADR

2   session within 30 days from the date of the order referring the case to an ADR process.

3

4       Dated: _11/26/07_

5                                           BONNETT, FAIRBOURN, FRIEDMAN
                                            & BALINT, P.C.
6

7                                           By_____

8                                             Andrew S. Friedman
                                              Wendy J. Harrison
9                                             2901 North Central Avenue, Suite 1000
                                              Phoenix, Arizona  85012-3311
10                                            Telephone:  602-274-1100
                                              Facsimile:  602-274-1199
11

12                                          CHAVEZ & GERTLER, L.L.P.
                                            Mark A. Chavez (SBN 90858)
13                                          Jonathan Gertler (SBN 111531)
                                            Nance F. Becker (SBN 99292)
14                                          42 Mill Avenue
                                            Mill Valley, California 94941
15                                          (415) 381-5599
16

17                                          COUGHLIN STOIA GELLERUDMAN &
                                            ROBBINS LLP
18                                          JOHN J. STOIA, JR. (SBN 141757)
                                            THEODORE J. PINTAR, ESQ.  (131372)
19                                          (619) 231-1058
20

21

22                                              Attorneys for Plaintiffs

23                                          REED SMITH LLP

24                                          By_____

25                                            Jack R. Nelson (SBN 111863)
                                              Email: jnelson@reedsmith.com
26                                            Heather B. Hoesterey (SBN 201254)
                                              Email: hhoesterey@reedsmith.com
27                                            Two Embarcadero Center
                                              San Francisco, CA 94111-3922
28

                                                2

1   process, they will select a mutually acceptable mediator and schedule the initial ADR

2   session within 30 days from the date of the order referring the case to an ADR process.

3

4

5

6

7   Dated: _11/27/07_

8                           BONNETT, FAIRBOURN, FRIEDMAN
                              & BALINT, P.C.

9

10                          By_____
                              Andrew S. Friedman
11                            Wendy J. Harrison
                              2901 North Central Avenue, Suite 1000
12                            Phoenix, Arizona 85012-3311
                              Telephone: 602-274-1100
13                            Facsimile: 602-274-1199

14

15                            CHAVEZ & GERTLER, L.L.P.
                              Mark A. Chavez (SBN 90858)
16                            Jonathan Gertler (SBN 111531)
                              Nance F. Becker (SBN 99292)
17                            42 Mill Avenue
                              Mill Valley, California 94941
18                            (415) 381-5599

19

20                            COUGHLIN STOIA GELLERUDMAN &
                              ROBBINS LLP
21                            JOHN J. STOIA, JR. (SBN 141757)
                              THEODORE J. PINTAR, ESQ. (131372)
22                            (619) 231-1058

23

24                            Attorneys for Plaintiffs

25                            REED SMITH LLP

26                          By_____
27                            Jack R. Nelson (SBN 111863)
                              Email: jnelson@reedsmith.com
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heather B. Hoesterey (SBN 201254)
Email:  hhoesterey@reedsmith.com
Two Embarcadero Center
San Francisco, CA 94111-3922
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Mailing Address:
P. O. Box 7936
San Francisco, CA 94120-7936
Attorneys for Defendants

3