BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | Case No.: C 07-4603 TEH<br><br>**STIPULATION RE SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to confer during the next 30 days to determine whether a private ADR process will facilitate an early resolution of this case.

The parties further agree to notify the Court within 30 days whether they agree to participate in a private ADR process. In the event the parties agree to a private ADR

process, they will select a mutually acceptable mediator and schedule the initial ADR session within 30 days from the date of the order referring the case to an ADR process.

Dated: 11/26/07

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By_____
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

COUGHLIN STOIA GELLERUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (SBN 141757)
THEODORE J. PINTAR, ESQ. (131372)
(619) 231-1058

Attorneys for Plaintiffs

REED SMITH LLP

By_____
Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Two Embarcadero Center
San Francisco, CA 94111-3922

2

process, they will select a mutually acceptable mediator and schedule the initial ADR session within 30 days from the date of the order referring the case to an ADR process.

Dated: 11/27/07

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

By_____
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
JOHN J. STOIA, JR. (SBN 141757)
THEODORE J. PINTAR, ESQ. (131372)
(619) 231-1058

Attorneys for Plaintiffs

REED SMITH LLP

By_____
Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com

IT IS SO ORDERED
Judge Thelton E. Henderson
11/27/07

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Two Embarcadero Center
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Mailing Address:
P. O. Box 7936
San Francisco, CA 94120-7936
Attorneys for Defendants