UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LETICIA ZAMORA and DANIEL
PEREZ AND ELIZABETH PEREZ
          Plaintiff(s),

Case No. 3:07-cv-4603

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

WACHOVIA CORPORATION and
WORLD SAVINGS BANK
          Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/27/07

[Party]

Dated: 12/3/07

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ AND ELIZABETH PEREZ<br>　　　　　Plaintiff(s),<br><br>v.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK<br>　　　　　Defendant(s). | Case No. 3:07-cv-4603<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/27/07

[Party]

Dated: _____

[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05