IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LETICIA ZAMORA, et al.,

                Plaintiffs,

    v.

WACHOVIA CORPORATION and WORLD SAVINGS BANK,

                Defendants.

NO. C07-4603 TEH

ORDER OF DISQUALIFICATION

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 12/05/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT