| | |
|---|---|
| 1 | **CHAVEZ & GERTLER LLP** |
|   | MARK A. CHAVEZ (Bar No. 90858) |
| 2 | JONATHAN E. GERTLER (Bar No. 111531) |
|   | NANCE BECKER (Bar No. 99292) |
| 3 | 42 Miller Avenue |
|   | Mill Valley, California 94941 |
| 4 | Telephone: (415) 381-5599 |
|   | Facsimile: (415) 381-5572 |
| 5 | mark@chavezgertler.com |

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Andrew S. Friedman (pro hac vice)
Wendy J. Harrison (CA Bar No. 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
afriedman@BFFB.com

| | |
|---|---|
| **HOUSING AND ECONOMIC RIGHTS ADVOCATES** | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS** |
| Maeve Elise Brown (CA Bar No. 137512) | John Stoia (CA Bar No. 141757) |
| P.O. Box 29435 | Ted Pintar (CA Bar No. 131372) |
| Oakland, CA 94604 | 655 W. Broadway, Suite 1900 |
| Telephone: (510) 271-8443 | San Diego, CA 92101 |
| melisebrown@heraca.org | Telephone: (619) 231-1058 |
|  | johns@csgrr.com |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ, | No. C07-04603 JSW |
| Plaintiffs, | CLASS ACTION |
| v. | PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CMC STATEMENT |
| WACHOVIA CORPORATION and WORLD SAVINGS BANK, | |
| Defendants. | |

PROOF OF SERVICE OF ORDER SETTING CMC AND REQUIRING JOINT CMC CONFERENCE STATEMENT,
Case No. C07-4603 JSW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ZAMORA,<br><br>  Plaintiff,<br><br>v.<br><br>WACHOVIA CORP.,<br><br>  Defendant. | No. C 07-04603 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on February 1, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: December 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF MARIN      )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On December 12, 2007, I served the foregoing documents:

- **PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Heather Brae Hoesterey
Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, Ca 94111

[X]    BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on December 12, 2007, at Mill Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cate L. Coelho