| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
|   | THEODORE J. PINTAR (131372) |
| 3 | LESLIE E. HURST (178432) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | johns@csgrr.com |
| 6 | tedp@csgrr.com |
|   | leslieh@csgrr.com |
| 7 | |
|   | CHAVEZ & GERTLER LLP |
| 8 | MARK A. CHAVEZ (90858) |
|   | JONATHAN E. GERTLER (111531) |
| 9 | NANCE F. BECKER (99292) |
|   | 42 Miller Avenue |
| 10 | Mill Valley, CA  94941 |
|   | Telephone:  415/381-5599 |
| 11 | 415/381-5572 (fax) |
|   | mark@chavezgertler.com |
| 12 | jon@chavezgertler.com |
|   | nance@chavezgertler.com |
| 13 | |
|   | Attorneys for Plaintiffs |
| 14 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER ZAMORA and LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ, | ) ) ) | No. 3:07-cv-04603-JSW |
| | ) | <u>CLASS ACTION</u> |
| Plaintiffs, | ) ) | NOTICE OF APPEARANCE OF |
| vs. | ) ) | THEODORE J. PINTAR AND LESLIE E. HURST |
| WACHOVIA CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Theodore J. Pintar and Leslie E. Hurst hereby enter their appearance on behalf of plaintiffs Javier Zamora, Leticia Zamora, Daniel Perez and Elizabeth Perez, and all others similarly situated in *Zamora v. Wachovia Corporation*, No. 3:07-cv-04603-JSW, and request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED:  January 30, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST

      s/ Leslie E. Hurst
            LESLIE E. HURST

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ
JONATHAN E. GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA  94941
Telephone:  415/381-5599
415/381-5572 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

HOUSING AND ECONOMIC RIGHTS
  ADVOCATES
MAEVE ELISE BROWN
1305 Franklin Street, Suite 305
Oakland, CA  94612
Telephone:  510/271-8843

Attorneys for Plaintiffs

S:\CasesSD\Wachovia FHA\NOT 00048483.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2008.

    s/ Leslie E. Hurst
LESLIE E. HURST

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  leslieh@csgrr.com

# Mailing Information for a Case 3:07-cv-04603-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nance Felice Becker**
  nance@chavezgertler.com,cate@chavezgertler.com

- **Mark Andrew Chavez**
  mark@chavezgertler.com,cate@chavezgertler.com

- **Andrew S. Friedman**
  afriedman@bffb.com,rcreech@bffb.com

- **Jonathan E Gertler**
  jon@chavezgertler.com,moya@chavezgertler.com

- **Wendy Jacobsen Harrison**
  wharrison@bffb.com,rcreech@bffb.com,kvanderbilt@bffb.com

- **Heather B. Hoesterey**
  hhoesterey@reedsmith.com,nmedina@reedsmith.com

- **Jack R. Nelson**
  jnelson@reedsmith.com,cahunt@reedsmith.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)