IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

JUDGE: JEFFREY S. WHITE          COURTROOM DEPUTY: Jennifer Ottolini

DATE: February 1, 2008           Court Reporter: Lydia Zinn

CASE NO. C-07-4603 JSW

TITLE: Leticia Zamora, et al., v. Wachovia Corporation, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Andrew Friedman | Jack Nelson |
| Mark Chavez | Heather Hoesterey |

PROCEEDINGS: Initial Case Management Conference

RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 2-8-08.

Motion to Appoint Interim Class Counsel:
  Motion due: 3-3-08
  Opposition due: 3-17-08
  Reply due: 3-24-08
A hearing date will be scheduled by the Court, if needed.

The parties shall resolve confidentiality, electronic discovery and document preservation issues by 3-3-08.

ADR: Private Mediation - 1st round shall be completed by 6-2-08.

**Further Case Management Conference: 6-20-08 at 1:30 p.m.**
**Joint case management statement due: 6-13-08**

The Court will allow 150 hours per side for depositions.

Initial Disclosures: 2-25-08

Initial expert reports re: Class Certification issues: 9-5-08
Rebuttal expert reports re: Class Certification issues: 9-26-08 (defendant)
                                                        10-17-08 (plaintiff)
Completion of expert discovery re: Class Certification: 10-30-08

**C-07-4603**
**Leticia Zamora, et al., v. Wachovia Corporation, et al.,**
**Initial Case Management Conference Minutes continued.**

    Last day to file motion for class certification:  11-3-08
    Opposition re: motion for class certification: 12-22-08
    Reply motion for class certification:  1-26-09
    **Hearing on motion for class certification:  2-13-09 at 9:00 a.m.**

    Close of fact discovery:  6-26-09

    Close of Expert discovery:  8-28-09

    **Dispositive Motions hearing date:  12-4-09 at 9:00 a.m.**
    **Further Case Management Conference:  12-4-09 at 9:00 a.m.**
    Joint case management statement due:  11-30-09