BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>          Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>          Defendants. | Case No.: C 07-4603 JSW<br><br>**JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>The Honorable Jeffrey S. White |

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: February 5, 2008

By  /s Andrew S. Friedman
Andrew S. Friedman (*pro hac vice*)
Wendy J. Harrison (SBN 151090)
2901 North Central Avenue, Ste. 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

| | |
|---|---|
| 1 | |
| 2 | CHAVEZ & GERTLER, L.L.P.<br>Mark A. Chavez (SBN 90858) |
| 3 | Jonathan Gertler (SBN 111531)<br>Nance F. Becker (SBN 99292) |
| 4 | 42 Mill Avenue<br>Mill Valley, California 94941 |
| 5 | (415) 381-5599 |
| 6 | COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP |
| 7 | John J. Stoia, Jr. (CA SBN 141757)<br>Theodore J. Pintar (CA SBN 31372) |
| 8 | Leslie E. Hurst (CA SBN 178432)<br>655 West Broadway, Suite 1900 |
| 9 | San Diego, CA 92101<br>(619) 231-1058 |
| 10 |   Attorneys for Plaintiffs |
| 11 | |
| 12 | REED SMITH LLP |
| 13 | By  /s Heather B. Hoesterey |
| 14 |    Jack R. Nelson (SBN 111863)<br>   Tyree P. Jones, Jr. (SBN 127631) |
| 15 |    Heather B. Hoesterey (SBN 201254)<br>   Two Embarcadero Center |
| 16 |    San Francisco, CA 94111-3922 |
| 17 |    Telephone:  (415) 543-8700<br>   Facsimile:  (415) 391-8269 |
| 18 | |
| 19 |    Mailing Address:<br>   P. O. Box 7936 |
| 20 |    San Francisco, CA 94120-7936 |
| 21 |    Attorneys for Defendants |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |