BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ  85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>        Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>        Defendants. | Case No.: C 07-4603 JSW<br><br>**STIPULATION REGARDING ELECTRONIC DISCOVERY PROTOCOLS**<br><br>The Honorable Jeffrey S. White |

WHEREAS, by its order dated February 4, 2008, the Court set March 3, 2008 as the deadline to resolve confidentiality, electronic discovery and document preservation issues.

WHEREAS, Counsel for the parties have agreed upon an order governing the use of confidential information in conformance with this Court's standing order.  The court

has approved the parties stipulated Protective Order Regarding Confidential, Trade Secret and Private Consumer Information.

WHEREAS, Counsel for the parties have circulated a comprehensive proposal for electronic discovery and document reservation issues, but have not completed their discussions on the proposed discovery protocol.

WHEREAS, the parties will continue to meet and confer on the proposed protocols for electronic discovery in an effort to reach agreement on the protocols.

NOW, THEREFORE, the parties stipulate to meet and confer on the proposed protocols for electronic discovery and report to the Court concerning their progress within the forthcoming two weeks.

Dated: March 3, 2008

By  /Andrew S. Friedman
Andrew S. Friedman (*pro hac vice*)
Wendy J. Harrison (SBN 151090)
2901 North Central Avenue, Ste. 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 31372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

HOUSING AND ECONOMIC RIGHTS ADVOCATES
Maeve Elise Brown (CA SBN 137512)
1305 Franklin Street, suite 305
Oakland, CA 94612
(510) 271-8843

Attorneys for Plaintiffs


REED SMITH LLP

By  /Jack R.Nelson
Jack R. Nelson (SBN 111863)
Tyree P. Jones, Jr. (SBN 127631)
Heather B. Hoesterey (SBN 201254)
Two Embarcadero Center
San Francisco, CA 94111-3922
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269
Mailing Address:
P. O. Box 7936
San Francisco, CA 94120-7936

Attorneys for Defendants

3