1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman
3  Wendy J. Harrison (SBN 151090)
   2901 North Central Ave., Suite 1000
4  Phoenix, AZ 85012
5  (602) 274-1100

6  CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (SBN 90858)
7  Jonathan Gertler (SBN 111531)
8  Nance F. Becker (SBN 99292)
   42 Mill Avenue
9  Mill Valley, California 94941
10 (415) 381-5599

11 Attorneys for Plaintiffs
12 [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>             Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>             Defendants. | Case No.: C 07-4603 JSW<br><br>**[PROPOSED] ORDER REGARDING ELECTRONIC DISCOVERY PROTOCOLS**<br><br>The Honorable Jeffrey S. White |

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for the parties to submit an agreed-upon protocol for electronic discovery in this action is vacated and the parties shall meet

ORDER REGARDING ELECTRONIC DISCOVERY PROTOCOLS

and confer on the proposed protocols for electronic discovery and report to the Court concerning their progress on or before March 17, 2008.

DATED: _____, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER REGARDING ELECTRONIC DISCOVERY PROTOCOLS

2