1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman
3  Wendy J. Harrison (SBN 151090)
   2901 North Central Ave., Suite 1000
4  Phoenix, AZ  85012
5  (602) 274-1100

6  CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (SBN 90858)
7  Jonathan Gertler (SBN 111531)
8  Nance F. Becker (SBN 99292)
   42 Mill Avenue
9  Mill Valley, California 94941
10 (415) 381-5599

11 Attorneys for Plaintiffs
   [Additional counsel appear on signature page.]
12

13                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION

15 | JAVIER AND LETICIA ZAMORA and            | Case No.: C 07-4603 JSW
     DANIEL PEREZ and ELIZABETH
16   PEREZ,
                                              | [~~PROPOSED~~] ORDER REGARDING
17            Plaintiff,                      | ELECTRONIC DISCOVERY
     vs.                                      | PROTOCOLS
18
   WACHOVIA CORPORATION and                   | The Honorable Jeffrey S. White
19 WORLD SAVINGS BANK,

20            Defendants.

21

22

23        Based on the parties' stipulation and good cause appearing,

24        IT IS HEREBY ORDERED that the deadline for the parties to submit an agreed-

25 upon protocol for electronic discovery in this action is vacated and the parties shall meet

26

27

28

                              ORDER REGARDING ELECTRONIC DISCOVERY PROTOCOLS

and confer on the proposed protocols for electronic discovery and report to the Court concerning their progress on or before March 17, 2008.

DATED: __March 10__, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ORDER REGARDING ELECTRONIC DISCOVERY PROTOCOLS

2