Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Tyree P. Jones, Jr. (SBN 127631)
Email: tpjones@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK FSB,<br><br>Defendant. | No.: C 07 4603 JSW<br><br>CLASS ACTION<br><br>**DEFENDANT WORLD SAVINGS BANK'S RESPONSE TO PLAINTIFFS' MOTION TO ENTER [PROPOSED] PRE-TRIAL ORDER NO. 1** |

Defendant World Savings Bank, FSB ("World") responds to the February 29, 2008 Motion by Plaintiffs Leticia Zamora and Daniel and Elizabeth Perez ("Plaintiffs") to enter their proposed Pre-Trial Order No. 1 as follows:

1. World takes no position with respect to Plaintiffs' application for designation appointment of Andrew Friedman of Bonnett Fairbourn Friedman & Balint, P.C. to act on behalf of

– 1 –

Plaintiffs and the putative class in this action and all subsequent related and consolidated actions (i.e., as "Lead Interim Class Counsel") provided, however, that World does intend by this statement to waive any argument(s) that certification of any class in this action is not appropriate, and in fact it is World's position that no class can properly, or should, be certified in this action.

2. In the event that the Court does designate any "Lead Interim Class Counsel," World does not oppose the issuance of a Pre-Trial Order, in the form of Plaintiffs' proposed Pre-Trial Order No. 1, relative to any such appointment.

DATED: March 17, 2008.

REED SMITH LLP

By ___/s/_____
Jack R. Nelson
Attorneys for Defendant
World Savings Bank, FSB