Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Tyree P. Jones, Jr. (SBN 127631)
Email: tpjones@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK FSB,<br><br>Defendant. | No.: C 07 4603 JSW<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT ON PROGRESS OF DEVELOPMENT OF E-DISCOVERY PROTOCOL AND DOCUMENT DISCOVERY PLAN** |

Pursuant to the Court's Minute Order of February 4, 2008 and its subsequent Order of March 10, 2008, counsel for Plaintiffs Leticia Zamora and Daniel and Elizabeth Perez ("Plaintiffs") provided counsel for Defendant World Savings Bank, FSB ("World") with a comprehensive proposed Electronic Discovery Protocol on February 29, 2008, and counsel then met and conferred on March 14, 2008 concerning the proposal. Counsel have not yet reached agreement on a full set of protocols for electronic discovery in this action, but have narrowed considerably several of the more

1  significant issues and have reached tentative consensus on some of the other broad parameters of the
2  expected process, subject to: (1) further investigation of applicability to the actual information and
3  systems to be involved in this action; (2) client approvals; and (3) appropriate documentation,.
4  World expects to be able to report to plaintiffs within approximately one week on projected timing
5  for delivery of certain information regarding World's basic information systems to plaintiffs,
6  following which counsel for both parties will engage in further meet and confer sessions concerning
7  commencement of the document identification and recovery process.

DATED: March 17, 2008.

REED SMITH LLP

By___/s/_____
Jack R. Nelson
Tyree P. Jones, Jr.
Heather B. Hoesterey
Attorneys for Defendant
World Savings Bank, FSB

DATED: March 17, 2008.

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

By_____
Andrew S. Friedman (*pro hac vice*)
Wendy J. Harrison (SBN 151090)
2901 North Central Avenue, Ste. 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 31372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

INITIAL DISCLOSURES OF DEFENDANT WORLD SAVINGS BANK, FSB

|   |   |
|---|---|
| 1 | |
| 2 | HOUSING AND ECONOMIC RIGHTS ADVOCATES |
| 3 | Maeve Elise Brown (CA SBN 137512) |
| 4 | 1305 Franklin Street, suite 305 Oakland, CA 94612 |
| 5 | (510) 271-8843 |
| 6 | Attorneys for Plaintiffs |

DOCSSFO-12509242.1

INITIAL DISCLOSURES OF DEFENDANT WORLD SAVINGS BANK, FSB