1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER AND LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>                    Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>                    Defendants. | Case No.: C 07-4603 JSW<br><br>[PROPOSED] PRE-TRIAL ORDER NO. 1<br><br>The Honorable Jeffrey S. White |

In order to promote the just, expeditious and cost-effective resolution of this litigation, IT IS HEREBY ORDERED as follows:

I.      APPOINTMENT AND ORGANIZATION OF PLAINTIFFS' LEAD INTERIM CLASS COUNSEL

        A.      Pursuant to Federal Rule of Civil Procedure 23(g), the following counsel is designated to act on behalf of Plaintiffs and the Class in this action and all subsequent related and consolidated actions unless otherwise ordered by the Court ("Lead Interim Class Counsel"):

        BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
        ANDREW S. FRIEDMAN (*Pro Hac Vice*)
        2901 N. Central Avenue
        Suite 1000
        Phoenix, AZ  85012
        Telephone:  602/274-1100

        B.      Lead Interim Class Counsel is directed to mail a copy of this Order to all counsel of record in this action.

C.      Lead Interim Class Counsel is expected to maintain communications and promote harmonious dealings among all Plaintiffs' counsel.  Lead Interim Class Counsel shall provide general supervision of the activities of Plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

1.      to brief and argue motions;

2.      to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendant's counsel, the preparation of written interrogatories, requests for admissions and requests for production of documents;

3.      to direct and coordinate the examination of witnesses in depositions;

4.      to act as spokesperson at pretrial conferences;

5.      to call and chair meetings of counsel as appropriate or necessary from time to time;

6.      to initiate and conduct any settlement negotiations with counsel for Defendant;

7.      to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

8.      to consult with and employ experts;

9.      to receive and review periodic time reports of all attorneys on behalf of Plaintiffs and to determine if the time is being spent appropriately and for the benefit of Plaintiffs; and

2

10.    to perform such other duties as may be expressly authorized by further order of this Court.

D.    Defendant's counsel may rely upon all agreements made with Plaintiffs' Lead Interim Class Counsel and such agreements shall be binding on Plaintiffs and Plaintiffs' counsel in this action and any subsequent related and consolidated actions.

II.    <u>APPLICATION OF THIS ORDER TO SUBSEQUENT RELATED ACTIONS</u>

A.    Because subsequent related cases may be filed in or transferred to this Court, this Court will issue orders to the extent practicable calling for such matters to be consolidated with this action pursuant to Federal Rule of Civil Procedure 42 and to otherwise proceed in a manner consistent with the schedule in this action.

B.    All future plaintiffs' counsel in subsequent related and consolidated must be authorized in advance by Lead Interim Class Counsel to assume responsibilities related to those of the law firm designated above as Lead Interim Class Counsel.

III.    <u>MISCELLANEOUS</u>

A.    Counsel for all parties are directed to cooperate with one another, whenever possible, to promote the expeditious handling of pretrial proceedings in this action.

B.    All subsequent pretrial orders issued in this action shall be numbered consecutively.  Any reference to an Order of this Court in any document filed with the Court shall include the proper number of the Order.

C.    This Order may be amended by the Court on its own motion, and any party may apply at any time to this Court for a modification or exception to this Order.

D.    Service of any pleading, motion or other paper shall be made by hand delivery, facsimile, overnight delivery or by United States mail to counsel for Defendant and to Lead

3

Interim Class Counsel, as well as by e-mail to the designated e-mail distribution lists submitted by each party, as updated.

E.      All Plaintiffs' counsel in this action and counsel of any subsequent related and consolidated actions shall submit a record of the time expended on these matters on a monthly basis in a manner prescribed by Lead Interim Class Counsel.

IT IS SO ORDERED.

DATED:  __April 3_____, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

C 07-4603-JSW
PRE-TRIAL ORDER NO. 1