# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

MAY 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JAVIER ZAMORA and LETICIA
ZAMORA and DANIEL PEREZ and
ELIZABETH PEREZ,

Plaintiff(s),

v.

WORLD SAVINGS BANK

Defendant(s).

CASE NO. 3: 07-04603-JSW

~~(Proposed)~~

**ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Gary Klein, an active member in good standing of the bar of Massachusetts
and admitted to the U.S. District Court for the District of Massachusetts, whose
business address and telephone number is:

> Gary Klein
> Roddy Klein & Ryan
> 727 Atlantic Avenue, 2nd Fl.
> Boston, MA 02111
> 617-357-5500 ext. 15

having applied in the above-entitled action for admission to practice in the Northern
District of California on *a pro hac vice* basis representing Javier Zamora, Leticia
Zamora, Daniel Perez and Elizabeth Perez.

IT IS HEREBY ORDERED THAT the application is granted, subject to the
terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must
indicate appearance *pro hac vice*. Service of papers upon and communication with
co-counsel designed in the application will constitute notice to the party. All future

1    filings in this action are subject to the requirements contained in General Order No.

2    45, *Electronic Case Filing*.

3    Dated:

        MAY 3 0 2008                              Hon. Jeffrey S. White

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28