Jack R. Nelson (SBN 111863)
Email:  jnelson@reedsmith.com
Tyree P. Jones, Jr. (SBN 127631)
Email:  tpjones@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email:  hhoesterey@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK ,<br><br>Defendants. | No.: C 07 4603 JSW<br><br>**JOINT CONTINUED CASE MANAGEMENT CONFERENCE STATEMENT AND UPDATED STATUS REPORT**<br><br>Continued Case Management Conference<br>Date :        June 20, 2008<br>Time:         1:30 p.m.<br>Place:        Ctrm. 2<br><br>The Honorable Jeffrey S. White |

The parties, by and through their respective counsel of record, have conducted good faith meet and confer conferences for the purpose of discussing the issues addressed in Federal Rule of Civil Procedure 16, Civil Local Rule 16-10(d), and this Court's February 4, 2008 Case Management Conference Order.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Counsel hereby respectfully submit the following Joint Case Management Conference

2   Statement and Status Report reflecting progress and changes since the parties' last Joint Case

3   Management Conference Statement, filed January 25, 2008, and making proposals for the remainder

4   of the case development process. The parties are currently engaged in mediation and seek an

5   extension of the previously established pre-trial deadlines.   An extension will allow the parties to

6   continue in the mediation process.

7

8    **1.    Settlement and ADR Status.**

9    On May 13, 2008, the parties mediated this matter before Judge Edward A. Infante (Ret.) of

10   JAMS.  While a resolution of this matter was not reached during the May mediation, the parties

11   made meaningful progress toward settlement and, under the guidance of Judge Infante, identified

12   specific issues and matters on which the parties agreed to focus in order to engage in meaningful

13   further discussions.  The parties have agreed to continue mediation on September 15, 2008 before

14   Judge Infante.

15

16    The parties have agreed that in order to concentrate on this further mediation session, they

17   will require approximately ninety (90) days so as to allow adequate time to complete exchanges of

18   specific information and data, and the results of planned work product analyzing this material, and

19   so as to allow the parties and their counsel time to review their respective analyses, before continued

20   settlement discussions.  The parties agree that a 90 day time-frame is reasonable given the volume of

21   data sought and the complexity of the analysis of that data that will need to be performed.

22

23    **2.    Scheduling.**

24    Pursuant to this Court's February 4, 2008 Order, plaintiffs' motion for class certification is

25   currently set for hearing on February 13, 2009, fact discovery is scheduled to close in June of 2009,

26   expert discovery is scheduled to close in August of 2009, and dispositive motions are set to be heard

27   on December 4, 2009, with a further case management conference thereafter.  The complete original

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    schedule of pre-trial dates as set forth in this Court's February 4, 2008 Order is attached hereto as

2    Exhibit A.

3

4        The parties respectfully request that this Court continue all of these pre-trial deadlines for

5    approximately 90 days, setting a revised pre-trial schedule as set forth in the table below.  Good

6    cause exists to continue the pre-trial schedule because continuation of the schedule for

7    approximately 90 days will enable the parties to continue to pursue resolution through mediation and

8    allow the parties time to exchange, review and analyze information necessary for meaningful

9    settlement discussions.  Furthermore, the parties agree that settlement may be facilitated by a

10   continuance of the pre-trial deadlines.  This is the first continuance of pre-trial dates the parties have

11   requested.

12

13

| Pre-Trial Event: | Parties' Requested Deadline: |
|---|---|
| Initial Expert Reports re Class Certification Issues: | December 5, 2008 |
| Rebuttal Expert Reports re Class Certification Issues: | December 22, 2008 (defendant) January 16, 2009 (plaintiffs) |
| Completion of Expert Discovery re Class Certification: | January 29, 2008 |
| Last Day to File Motion for Class Certification: | February 2, 2008 |
| Opposition to Motion for Class Certification: | March 23, 2008 |
| Reply in Support of Motion for Class Certification: | April 27, 2009 |
| Hearing on Motion for Class Certification: | May 8, 2009, or other date per the Court's calendar |
| Close of Fact Discovery | September 25, 2009 |
| Close of Expert Discovery | December 4, 2009 |
| Joint Case Management Conference Statement Due | February 26, 2010 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| Pre-Trial Event: | Parties' Requested Deadline: |
|---|---|
| Dispositive Motion Hearing Date | March 5, 2010, or other date per the Court's calendar |
| Case Management Conference | March 5, 2010, or other date per the Court's calendar |

DATED:  June 13, 2008.

REED SMITH LLP


By___/s/ Heather B. Hoesterey_____
    Jack R. Nelson
    Tyree P. Jones, Jr.
    Heather B. Hoesterey
    Attorneys for Defendant World Savings Bank, FSB

DATED:  June 13, 2008.


BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.


By__/s/ Wendy J. Harrison_____
    Andrew S. Freidman
    Wendy J. Harrison
    Attorneys for Plaintiffs Leticia Zamora, Daniel Perez and Elizabeth Perez

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**EXHIBIT A**

CURRENT PRE-TRIAL DEADLINES
AS SET PER FEBRUARY, 2008 CASE MANAGEMENT CONFERENCE ORDER

| Pre-Trial Event: | Current Date: |
| --- | --- |
| Initial Expert Reports re Class Certification Issues: | September 5, 2008 |
| Rebuttal Expert Reports re Class Certification Issues: | September 26, 2008 (defendant) October 17, 2008 (plaintiffs) |
| Completion of Expert Discovery re Class Certification: | October 30, 2008 |
| Last Day to File Motion for Class Certification: | November 3, 2008 |
| Opposition to Motion for Class Certification: | December 22, 2008 |
| Reply in Support of Motion for Class Certification: | January 26, 2009 |
| Hearing on Motion for Class Certification: | February 13, 2009 at 9:00 a.m. |
| Close of Fact Discovery | June 26, 2009 |
| Close of Expert Discovery | August 28, 2009 |
| Joint Case Management Conference Statement Due | November 30, 2009 |
| Dispositive Motion Hearing Date | December 4, 2009 at 9:00 a.m. |
| Case Management Conference | December 4, 2009 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATE OF SERVICE**

Re:     <u>Leticia Zamora, et al. v. Wachovia Corporation and World Savings Bank</u>
        USDC Northern California Case No. C 07-4603 JSW

        I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite
2000, San Francisco, CA 94111-3922. On June 13, 2008, I served the following document(s) by the
method indicated below:

**JOINT CONTINUED CASE MANAGEMENT CONFERENCE STATEMENT AND
UPDATED STATUS REPORT**

☐     by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s)
      listed above to the fax number(s) set forth below. The transmission was completed before
      5:00 PM and was reported complete and without error. The transmission report, which is
      attached to this proof of service, was properly issued by the transmitting fax machine.
      Service by fax was made by agreement of the parties, confirmed in writing. The transmitting
      fax machine complies with Cal.R.Ct 2003(3).

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully
      prepaid, in the United States mail at San Francisco, California addressed as set forth below. I
      am readily familiar with the firm's practice of collection and processing of correspondence
      for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that
      same day with postage thereon fully prepaid in the ordinary course of business. I am aware
      that on motion of the party served, service is presumed invalid if the postal cancellation date
      or postage meter date is more than one day after the date of deposit for mailing in this
      Declaration.

      Nancy Felice Baker
      Mark Andrew Chavez
      Jonathan E. Gertler
      **Chavez & Gertler LLP**
      42 Miller Avenue
      Mill Valley, CA 94941
      *[Counsel for Plaintiffs]*

      Andrew S. Friedman
      Wendy Jacobsen Harrison
      **Bonnett Fairbourn Friedman & Balint, PC**
      2901 North Central Avenue, Ste. 1000
      Phoenix, AZ 85012
      *[Counsel for Plaintiffs]*

1
2

Leslie E. Hurst
Theodore J. Pintar
John J. Stoia, Jr.

3

**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Ste. 1900

4

San Diego, CA  92101
*[Counsel for Plaintiffs]*

5
6

Gary Edward Klein
**Roddy Klein & Roddy**

7

727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

8

*[Counsel for Plaintiffs]*

9

    I declare under penalty of perjury under the laws of the State of California that the above is

10

true and correct.  Executed on June 13, 2008, at San Francisco, California.

11
12
13

_____
Corinne Cadon

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware