# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 20, 2008                     **Court Reporter**: Lydia Zinn

**CASE NO. C-07-4603 JSW**

**TITLE:** Leticia Zamora, et al., v. Wachovia Corp., et al.,

**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**

Mark Chavez                                 Jack Nelson

**PROCEEDINGS: Further Case Management Conference**

**RESULTS:**  All deadlines set forth in case management statement are adopted - previously scheduled dates and deadlines are vacated.

    **Hearing on Motion for Class Certification: 5-8-09 at 9:00 a.m.**

    **Hearing on Dispositive Motions: 3-5-10 at 9:00 a.m.**

    **Further Case Management Conference: 3-5-10 at 9:00 a.m.**
    **Joint Supplemental case management statement due: 2-26-10**

    **Further Private mediation to be conducted on 9-15-08 with Judge Infante.**