| | |
|---|---|
| **CHAVEZ & GERTLER LLP** <br> MARK A. CHAVEZ (Bar No. 90858) <br> JONATHAN E. GERTLER (Bar No. 111531) <br> NANCE BECKER (Bar No. 99292) <br> LISA FIALCO (Bar No. 216682) <br> 42 Miller Avenue <br> Mill Valley, California 94941 <br> Telephone: (415) 381-5599 <br> Facsimile: (415) 381-5572 <br> mark@chavezgertler.com | |
| **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.** <br> Andrew S. Friedman (pro hac vice) <br> Wendy J. Harrison (CA Bar No. 151090) <br> 2901 North Central Avenue, Suite 1000 <br> Phoenix, Arizona 85012 <br> Telephone: (602) 274-1100 <br> afriedman@BFFB.com | **RODDY, KLEIN & RYAN** <br> Gary Edward Klein (admitted *pro hac vice*) <br> 727 Atlantic Avenue, Second Floor <br> Boston, MA 02111 <br> Telephone: 617-357-5500 ext. 15 <br> klein@roddykleinryan.com |
| **HOUSING AND ECONOMIC RIGHTS ADVOCATES** <br> Maeve Elise Brown (CA Bar No. 137512) <br> P.O. Box 29435 <br> Oakland, CA 94604 <br> Telephone: (510) 271-8443 <br> melisebrown@heraca.org | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS** <br> John Stoia (CA Bar No. 141757) <br> Ted Pintar (CA Bar No. 131372) <br> 655 W. Broadway, Suite 1900 <br> San Diego, CA 92101 <br> Telephone: (619) 231-1058 <br> johns@csgrr.com |

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION and WORLD SAVINGS BANK, <br><br> Defendants. | No. C07-04603 JSW <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF APPEARANCE** |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Lisa Fialco hereby enters her appearance on behalf of
3  plaintiffs Leticia Zamora, Daniel Perez, Elizabeth Perez and all other similarly situated in
4  Zamora et al. v. Wachovia Corporation and World Savings Bank, No. C07-04603 JSW, and
5  requests that all pleadings, notices, orders, correspondence and other papers in connection
6  with this action be served upon the undersigned counsel at the address stated above.

8  DATED: July 23, 2008                Respectfully Submitted,

9                                        CHAVEZ & GERTLER, L.L.P.

10                                       BONNETT, FAIRBOURN, FRIEDMAN
11                                        & BALINT, P.C.

12                                       COUGHLIN, STOIA, GELLER
13                                        RUDMAN & ROBBINS

14                                       HOUSING AND ECONOMIC RIGHTS
15                                        ADVOCATES

16                                       RODDY, KLEIN & RYAN

18                                 By: _/s/ Lisa Fialco_____
19                                          Lisa Fialco

20                                      Attorneys for Plaintiffs LETICIA ZAMORA,
21                                      DANIEL PEREZ and ELIZABETH PEREZ,

1