1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Tyree P. Jones, Jr. (SBN 127631)
   Email: tpjones@reedsmith.com
3  Heather B. Hoesterey (SBN 201254)
   Email: hhoesterey@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:  +1 415 543 8700
   Facsimile:  +1 415 391 8269
9
   Attorneys for Defendant
10 Wachovia Mortgage, FSB

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO/OAKLAND DIVISION

14 LETICIA ZAMORA and DANIEL PEREZ and       No.: C 07 4603 JSW
   ELIZABETH PEREZ,
15                                           **JOINT STIPULATION AND REQUEST TO
                  Plaintiffs,                CONTINUE CASE MANAGEMENT
16                                           CONFERENCE**
       vs.
17                                           Continued Case Management Conference
   WACHOVIA CORPORATION and WORLD            Date :        February 25, 2008
18 SAVINGS BANK ,                            Time:         1:30 p.m.
                                             Place:        Ctrm. 2
19                Defendants.
                                             The Honorable Jeffrey S. White

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: C 07 4603 JSW — 1 —                                US_ACTIVE-101101607.1
**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  On December 1, 2008, the parties to this action, by and through their respective counsel of record, provided this Court with a Joint Stipulation and Request for Further Case Management Conference, wherein the parties requested a Further Case Management Conference be scheduled for the first available date on this Court's calendar after January 26, 2009 so as to permit counsel to report to the Court on the status of mediation and other related issues, including the pretrial and trial calendars.

The parties' Stipulation and Request was based, in part, on the fact that the parties had commenced private mediation before Judge Edward Infante (Ret.) of JAMS on May 13, 2008, participated in a continued mediation session on September 15, 2008, and had planned to return to mediation with Judge Infante on December 22, 2008. However, during the first week of October 2008, Wachovia's parent entity, Wachovia Corp., entered into an agreement to be acquired by Wells Fargo, and the parties requested a reasonably short period of time after the scheduled closing of the transaction to identify and accommodate the change(s) that will take place after Wells Fargo's acquisition, so as to enable the parties to continue to participate in a meaningful mediation session before Judge Infante.

Thereafter, this Court entered an Order setting a Continued Case Management Conference for February 20, 2009 at 1:30 p.m. and ordering the parties to file a Joint Case Management Statement no later than February 13, 2009.

The parties have scheduled a continued mediation with Judge Infante on February 25, 2008, which was the first mutually convenient date available on Judge Infante's calendar within a reasonable time of the closing. Accordingly, because the parties anticipate being able to make a more meaningful report to this Court after the February 25, 2008 continued mediation session, there is good cause to continue the Case Management Conference and the parties respectfully request that

/ / /

/ / /

1  this Court continue the Case Management Conference, currently set for February 20, 2009 at 1:30
2  p.m., until March 6, 2009 at 1:30 p.m., or the Court's first available date thereafter.
3
4  DATED: January 30, 2009.
5
        REED SMITH LLP

7  By   /s/ Heather B. Hoesterey
      Jack R. Nelson
8       Tyree P. Jones, Jr.
      Heather B. Hoesterey
9       Attorneys for Defendant Wachovia Mortgage, FSB

10  DATED: January 30, 2009.

11  BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
12
13  By   /s/ Andrew S. Freidman
      Andrew S. Freidman
14       Wendy J. Harrison
      Attorneys for Plaintiffs Leticia Zamora, Daniel
15       Perez and Elizabeth Perez

19  Dated: January 30, 2009



IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: C 07 4603 JSW — 3 — US_ACTIVE-101101607.1
**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**