1  **BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.**
2  Andrew S. Friedman (pro hac vice)
   Wendy J. Harrison (CA Bar No. 151090)
3  2901 North Central Avenue, Suite 1000
   Phoenix, Arizona 85012
4  Telephone: (602) 274-1100
5  afriedman@BFFB.com

6  *Lead Interim Class Counsel*
   [Additional Counsel appear on signature page]
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/OAKLAND DIVISION

11 | JAVIER AND LETICIA ZAMORA and | ) No. C07-04603 JSW |
|---|---|
| DANIEL PEREZ and ELIZABETH PEREZ, | ) |
|   | ) <u>CLASS ACTION</u> |
| Plaintiffs, | ) |
|   | ) **JOINT CONTINUED CASE** |
| vs. | ) **MANAGEMENT STATEMENT AND** |
|   | ) **STATUS REPORT** |
| WACHOVIA CORPORATION and WORLD SAVINGS BANK, | ) |
|   | ) The Honorable Jeffrey S. White |
| Defendants. | ) |
|   | ) Date:    March 6, 2009 |
|   | ) Time:    1:30 pm |
|   | ) Dept:    Courtroom 2 |

1    Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Civil
2    Local Rule 16-10(d), plaintiffs Leticia Zamora and Daniel Perez and Elizabeth Perez
3    ("Plaintiffs"), along with defendant Wachovia Mortgage, FSB, formerly known as World
4    Savings Bank, FSB ("Wachovia") hereby submit the following Joint Continued Case
5    Management Statement and Status Report.  This statement briefly supplements the Joint Rule
6    26(f) Report and Case Management Conference Statement filed on December 3, 2007, the
7    First Amended Joint Rule 26(f) Report and Case Management Conference Statement filed on
8    January 5, 2008 and the Joint Continued Case management Conference Statement and
9    Updated Status Report filed on June 13, 2008 (collectively "Reports").

10   **1.    Settlement and ADR Process**
11   On May 13, 2008 and September 15, 2008, the parties mediated this matter before
12   Judge Edward A. Infante (Ret.) of JAMS and believed that additional mediation sessions
13   would be beneficial.  The mediation process, however, was delayed by the acquisition of
14   Wachovia by Wells Fargo & Co, which closed on December 31, 2008.
15   The parties met with Judge Infante for a third mediation session on February 25, 2009
16   but did not reach a resolution and the mediation was suspended.

17   **2.    Additional Anticipated Pre-Trial Motions**
18   In addition to the anticipated Motions as set out in the parties' previous Reports, if
19   continued settlement and mediation discussions do not lead to a resolution of this matter,
20   Defendant presently anticipates moving to add the named plaintiffs' mortgage brokers as
21   necessary parties pursuant to Federal Rule of Civil Procedure Rule 19(a).  *See Steele v. GE*
22   *Money Bank*, No. 08-C-18880, 2009 U.S. Dist. LEXIS 11536 (N.D. Ill. Feb. 17, 2009).
23   Plaintiffs intend to amend the complaint to address the changes in defendant's
24   ownership structure.

25   **3.    Scheduling**
26   While some formal discovery has commenced, the parties have primarily engaged in
27   an informal exchange of information for purposes of mediation, so as to explore the
28   possibilities of resolution of this action without the costs and burdens associated with full

1

1  discovery. As a result, the parties request that the pre-trial deadlines be continued as follows:

| PRE-TRIAL EVENT | ~~PARTIES' REQUESTED~~ DEADLINE: |
|---|---|
| Deadline to Amend Pleadings | July 2, 2009 |
| Initial Expert Reports re Class Certification Issues | October 9, 2009 |
| Rebuttal Expert Reports re Class Certification Issues | October 30, 2009 (defendant) November 13, 2009 (plaintiff) |
| Completion of Expert Discovery re Class Certification Issues | November 25, 2009 |
| Last Day to File Motion for Class Certification | December 4, 2009 |
| Opposition to Motion for Class Certification | January 22, 2010 |
| Reply in Support of Motion for Class Certification | February 26, 2010 |
| Hearing on Motion for Class Certification | March 19, 2010 ~~or other date per Court's calendar~~ at 9:00 a.m. |
| Close of Fact Discovery | July 15, 2010 |
| Close of Expert Discovery | September 17, 2010 |
| Joint Case Management Conference Statement Due | December 24, 2010 |
| Case Management Conference | January 14, 2011 |
| Dispositive Motion Hearing Date | January 14, 2011 at 9:00 a.m. |

Dated: February 27, 2009



As all case management dates are HEREBY SET by approved stipulation, the case management conference set for March 6, 2009 is HEREBY VACATED.

Dated: March 2, 2009

By: _____/s/_____
Andrew S. Friedman (*pro hac vice*)
Wendy J. Harrison (SBN 151090)
2901 North Central Avenue, Ste. 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile: 602-274-1199

RODDY KLEIN & RYAN
Gary Klein (*pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone: (617) 357-5500 ext. 15

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 31372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058

HOUSING AND ECONOMIC RIGHTS
 ADVOCATES
Maeve Elise Brown (CA SBN 137512)
1305 Franklin Street, suite 305
Oakland, CA 94612
Telephone: (510) 271-8843

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
Peter Muhic
Donna Siegel Moffa
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs


REED SMITH LLP


By:  _____/s/_____
        Jack R. Nelson

Attorneys for Defendant Wachovia
Mortgage, FSB

3

JOINT CONTINUED CASE MANAGEMENT STATEMENT AND STATUS REPORT,
Case No. C07-04603 JSW