Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage
FSB, f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LETICIA ZAMORA and DANIEL PEREZ and ELIZABETH PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA CORPORATION and WORLD SAVINGS BANK,<br><br>Defendants. | No.: C 07 4603 JSW<br><br>[PROPOSED] ORDER APPROVING SETTLEMENTS AND DISMISSING ACTION<br><br>Hon. Jeffrey S. White |

WHEREAS Defendant Wachovia Mortgage FSB, formerly known as "World Savings Bank FSB" ("Defendant") and Plaintiffs Leticia Zamora and Daniel and Elizabeth Perez ("Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel of record, have informed the Court that proposed settlements have been reached as between Defendant and Zamora and as between Defendant and the Perezes (collectively, the "Settlements"), and have further requested that the Court review and approve the terms of both of the Settlements and thereafter (1) dismiss Plaintiffs' individual claims against Defendant with prejudice, and (2) dismiss without prejudice the putative class claims alleged in the First Amended Class Action Complaint (the "Complaint") in this matter; and

No.: C 07 4603 JSW                    1
[PROPOSED] ORDER APPROVING SETTLEMENTS AND DISMISSING ACTION

1  WHEREAS the Court has reviewed the record in this action, the Parties' October 14, 2009 Stipulation and Request for Order Approving Settlement and Dismissing Action, the accompanying supporting Declarations of Jack R. Nelson and Wendy J. Harrison and the terms of the proposed settlements among the Parties described therein, as well as the form of settlement agreements submitted by the Parties to the Court.

THEREFORE the Court approves each of the Settlements and hereby: (1) dismisses with prejudice the individual claims made by Plaintiffs in the Complaint and bars each of the Plaintiffs from reasserting such claims in the future, whether individually or as a member of any class; and (2) dismisses without prejudice the class action allegations set forth in the Complaint.

IT IS SO ORDERED.

Dated: November 10, 2009

_____
United States District Judge

No.: C 07 4603 JSW                                              2
[PROPOSED] ORDER APPROVING SETTLEMENTS AND DISMISSING ACTION